**Luis Felipe CASAS–CASTRILLON, Petitioner—Appellant,**

v.

**WARDEN SAN DIEGO, CORRECTIONAL FACILITY; et al., Respondents—Appellees.**

No. 04–56262.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 8, 2008.*

Filed Jan. 29, 2008.

Luis Felipe Casas–Castrillon, San Ysidro, CA, pro se.

. Attorney General, AGCA–Office of the California Attorney General, U.S. Attorney, USSD–Office of the U.S. Attorney, San Diego, CA, for Respondents–Appellees.

Before: FARRIS, FISHER, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Luis Felipe Casas–Castrillon, no longer in state custody, brought a 28 U.S.C. § 2254 habeas corpus petition challenging his 1996 state burglary conviction. He argues that the district court failed to construe his petition as a petition for a writ of error coram nobis.

Coram nobis relief is not available in federal court to attack a state court conviction. *See, e.g., Madigan v. Wells,* 224 F.2d 577, 578 n. 2 (9th Cir.1955), *cert. denied,* 351 U.S. 911, 76 S.Ct. 700, 100 L.Ed. 1446 (1956); *see also Finkelstein v. Spitzer,* 455 F.3d 131, 134 (2d Cir.2006). Had the district court construed Casas–Castrillon's habeas petition as a petition for a writ of

error coram nobis, it would have had to deny the petition.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

